FILED 24 SEP '20 16:11 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00435-SI |
| v. | INDICTMENT |
| JESSE HERMAN BATES. | 18 U.S.C. § 231(a)(3) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Civil Disorder)**
**(18 U.S.C. § 231(a)(3))**

On or about July 13, 2020, in the District of Oregon, during a civil disorder, defendant **JESSE HERMAN BATES**, knowingly attempted to commit a violent act for the intended purpose of obstructing, impeding and interfering with firefighters who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed, delayed and adversely

///

**Indictment** **Page 1**

affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: September 24, 2020.                    A TRUE BILL.

                                                                         OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney