SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-CR-00435-SI |
| v. | **MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| **JESSE HERMAN BATES,** | Rule 48(a), Fed. R. Crim. P. |
| **Defendant.** | |

The United States of America hereby moves the Court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss *with prejudice* the indictment in this case, in the best interests of justice.

Dated this 7th day of March, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney