UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00435-SI |
| v. | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| **JESSE HERMAN BATES,** | |
| **Defendant.** | |

This matter having come before the Court on the government's motion to dismiss the indictment with prejudice, pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the indictment is DISMISSED with prejudice in the best interests of justice.

Dated this 8th day of March 2021.

 /s/ *Michael H. Simon*
HONORABLE MICHAEL H. SIMON
United States District Court Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney